MOLLY M. LENS (S.B. #283867)
mlens@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, 8th Floor
Los Angeles, California 90067-6035
Telephone: +1 310 553 6700
Facsimile: +1 310 246 6779

M. TRISTAN MORALES (S.B. # 278498)
tmorales@omm.com
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, DC 20006
Telephone: (202) 383-5300
Facsimile: (202) 383-5414

*Attorneys for Defendant*
*United Airlines, Inc.*

[Additional Counsel on Next Page]

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN SANCHEZ,<br><br>            Plaintiff,<br><br>     v.<br><br>UNITED AIRLINES, INC., and ASSOCIATION OF FLIGHT ATTENDANTS-COMMUNICATIONS WORKERS OF AMERICA,<br><br>            Defendants. | Case No. 2:25-cv-00489-CAS-JPR<br><br>**JOINT STIPULATION TO CONTINUE DEFENDANT UNITED AIRLINES, INC.'S RESPONSIVE PLEADING DEADLINE**<br><br>Judge: Christina A. Snyder<br><br>Complaint filed: January 17, 2025<br>First Amended<br>Complaint filed: February 7, 2025 |

# **ADDITIONAL COUNSEL**

Donald M. Falk (SBN 150256)
dfalk@schaerr-jaffe.com
SCHAERR |JAFFE LLP
Four Embarcadero Center, Suite 1400
San Francisco, CA 94111
Tel.: (415) 562-4942
Fax: (202) 776-0136

Eugene Volokh (SBN 194464)
evolokh@schaerr-jaffe.com
SCHAERR |JAFFE LLP
385 Charles E. Young Dr. East
Los Angeles, CA 90095
Tel.: (310) 206-3926

Gene C. Schaerr*
gschaerr@schaerr-jaffe.com
Edward H. Trent*
etrent@schaerr-jaffe.com
Brian J. Field*
bfield@schaerr-jaffe.com
Justin A. Miller*
jmiller@schaerr-jaffe.com
SCHAERR |JAFFE LLP
1717 K Street NW, Suite 900
Washington, DC 20006
Tel.: (202) 787-1060

*Pro hac vice*

*Counsel for Plaintiff Ruben Sanchez*

1     Defendant United Airlines, Inc. ("United") and Plaintiff Ruben Sanchez
2 ("Plaintiff") (collectively the "Parties"), by and through their respective counsel of
3 record, stipulate as follows:
4     WHEREAS, on January 17, 2025, Plaintiff filed a Complaint against United
5 in this Court;
6     WHEREAS, on February 7, 2025, Plaintiff filed a First Amended Complaint
7 against United in this Court;
8     WHEREAS, on February 7, 2025, United executed a Waiver of Service of
9 the Summons and First Amended Complaint;
10     WHEREAS, United's current responsive pleading deadline is April 8, 2025;
11     WHEREAS, due to a variety of factors, including scheduling conflicts and
12 pre-planned travel, United requires additional time to evaluate the Complaint,
13 including various issues under federal and state law, and to meet and confer with
14 Plaintiff with respect thereto;
15     WHEREAS, Plaintiff has consented to United's request to extend the
16 responsive pleading deadline from April 8, 2025 to May 8, 2025; and
17     WHEREAS, the Parties have not sought a prior extension or continuance in
18 this matter;
19     IT IS HEREBY STIPULATED by the Parties herein, through their counsel
20 of record, as follows:

| Event | Current Date | New Date |
| --- | --- | --- |
| Deadline to File Responsive Pleading | April 8, 2025 | May 8, 2025 |

    IT IS SO STIPULATED.

JOINT STIPULATION TO CONTINUE RESPONSIVE PLEADING DEADLINE

| | | |
|---|---|---|
| 1 | DATED: March 19, 2025 | O'MELVENY & MYERS LLP |
| 2 | | |
| 3 | | By: */s/ Molly M. Lens* |
| | | Molly M. Lens |
| 4 | | M. Tristan Morales |
| 5 | | *Attorneys for Defendant United Airlines, Inc.* |
| 6 | | |
| 7 | | |
| 8 | DATED: March 19, 2025 | SCHAERR |JAFFE LLP |
| 9 | | |
| 10 | | By: */s/ Edward Trent* |
| 11 | | Edward Trent |
| 12 | | *Attorneys for Plaintiff Ruben Sanchez* |

## **ATTESTATION**

I, Molly M. Lens, hereby attest that the other signatories listed, on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

By: */s/ Molly M. Lens*
Molly M. Lens