1   MOLLY M. LENS (S.B. #283867)
    mlens@omm.com
2   O'MELVENY & MYERS LLP
    1999 Avenue of the Stars, 8th Floor
3   Los Angeles, California  90067-6035
    Telephone:  +1 310 553 6700
4   Facsimile:   +1 310 246 6779

5   M. TRISTAN MORALES (S.B. # 278498)
    tmorales@omm.com
6   O'MELVENY & MYERS LLP
7   1625 Eye Street, NW
    Washington, DC 20006
8   Telephone: (202) 383-5300
    Facsimile: (202) 383-5414
9
10  *Attorneys for Defendant*
    *United Airlines, Inc.*
11
    [Additional Counsel on Next Page]
12
13              **UNITED STATES DISTRICT COURT**
14              **CENTRAL DISTRICT OF CALIFORNIA**
15
16  RUBEN SANCHEZ,                          | Case No. 2:25-cv-00489-CAS-JPR
17              Plaintiff,                   **[PROPOSED] ORDER GRANTING
                                             JOINT STIPULATION TO
18       v.                                  CONTINUE DEFENDANT
                                             UNITED AIRLINES, INC.'S
19  UNITED AIRLINES, INC., and               RESPONSIVE PLEADING
    ASSOCIATION OF FLIGHT                    DEADLINE**
20  ATTENDANTS-COMMUNICATIONS
    WORKERS OF AMERICA,                      Judge:  Christina A. Snyder
21
22              Defendants.                  Complaint filed:  January 17, 2025
                                             First Amended
23                                           Complaint filed:  February 7, 2025
24
25
26
27
28

**ADDITIONAL COUNSEL**

Donald M. Falk (SBN 150256)
dfalk@schaerr-jaffe.com
SCHAERR |JAFFE LLP
Four Embarcadero Center, Suite 1400
San Francisco, CA 94111
Tel.: (415) 562-4942
Fax: (202) 776-0136

Eugene Volokh (SBN 194464)
evolokh@schaerr-jaffe.com
SCHAERR |JAFFE LLP
385 Charles E. Young Dr. East
Los Angeles, CA 90095
Tel.: (310) 206-3926

Gene C. Schaerr*
gschaerr@schaerr-jaffe.com
Edward H. Trent*
etrent@schaerr-jaffe.com
Brian J. Field*
bfield@schaerr-jaffe.com
Justin A. Miller*
jmiller@schaerr-jaffe.com
SCHAERR |JAFFE LLP
1717 K Street NW, Suite 900
Washington, DC 20006
Tel.: (202) 787-1060

*Pro hac vice

Counsel for Plaintiff Ruben Sanchez

PROPOSED ORDER GRANTING
STIPULATION TO CONTINUE
RESPONSIVE PLEADING DEADLINE

1    IT IS HEREBY ORDERED, upon review of the Joint Stipulation to Continue

2    Defendant United Airlines, Inc.'s Responsive Pleading Deadline ("Stipulation")

3    filed in this matter on March 19, 2025, and for good cause shown, the Stipulation is

4    GRANTED.  Accordingly, the responsive pleading deadline shall be continued as

5    follows:

6

7    | Event | Current Date | New Date |
| --- | --- | --- |
8    | Deadline to File Responsive Pleading | April 8, 2025 | May 8, 2025 |
9

10

11

12

13    IT IS SO ORDERED.

14

15    DATED: _____        _____
16                                                          The Honorable Christina A. Snyder
                                                            United States District Judge
17

18

19

20

21

22

23

24

25

26

27

28

PROPOSED ORDER GRANTING
STIPULATION TO CONTINUE
RESPONSIVE PLEADING DEADLINE