1  MOLLY M. LENS (S.B. #283867)
   mlens@omm.com
2  O'MELVENY & MYERS LLP
   1999 Avenue of the Stars, 8th Floor
3  Los Angeles, California 90067-6035
   Telephone: +1 310 553 6700
4  Facsimile: +1 310 246 6779

5  M. TRISTAN MORALES (S.B. # 278498)
   tmorales@omm.com
6  O'MELVENY & MYERS LLP
7  1625 Eye Street, NW
   Washington, DC 20006
8  Telephone: (202) 383-5300
   Facsimile: (202) 383-5414
9

10 *Attorneys for Defendant*
   *United Airlines, Inc.*
11
   [Additional Counsel on Next Page]
12

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN SANCHEZ, | Case No. 2:25-cv-00489-CAS-JPR |
| Plaintiff, | **[PROPOSED] ORDER GRANTING JOINT STIPULATION TO CONTINUE DEFENDANT UNITED AIRLINES, INC.'S RESPONSIVE PLEADING DEADLINE** |
| v. | |
| UNITED AIRLINES, INC., and ASSOCIATION OF FLIGHT ATTENDANTS-COMMUNICATIONS WORKERS OF AMERICA, | Judge: Christina A. Snyder |
| Defendants. | Complaint filed: January 17, 2025<br>First Amended<br>Complaint filed: February 7, 2025 |

# **ADDITIONAL COUNSEL**

Donald M. Falk (SBN 150256)
dfalk@schaerr-jaffe.com
SCHAERR |JAFFE LLP
Four Embarcadero Center, Suite 1400
San Francisco, CA 94111
Tel.: (415) 562-4942
Fax: (202) 776-0136

Eugene Volokh (SBN 194464)
evolokh@schaerr-jaffe.com
SCHAERR |JAFFE LLP
385 Charles E. Young Dr. East
Los Angeles, CA 90095
Tel.: (310) 206-3926

Gene C. Schaerr*
gschaerr@schaerr-jaffe.com
Edward H. Trent*
etrent@schaerr-jaffe.com
Brian J. Field*
bfield@schaerr-jaffe.com
Justin A. Miller*
jmiller@schaerr-jaffe.com
SCHAERR |JAFFE LLP
1717 K Street NW, Suite 900
Washington, DC 20006
Tel.: (202) 787-1060

*Pro hac vice*

*Counsel for Plaintiff Ruben Sanchez*

1  IT IS HEREBY ORDERED, upon review of the Joint Stipulation to Continue
2  Defendant United Airlines, Inc.'s Responsive Pleading Deadline ("Stipulation")
3  filed in this matter on June 16, 2025, and for good cause shown, the Stipulation is
4  GRANTED.  Accordingly, the responsive pleading deadline shall be continued as
5  follows:

| Event | Current Date | New Date |
|---|---|---|
| Deadline to File Responsive Pleading | July 3, 2025 | August 1, 2025 |

IT IS SO ORDERED.

DATED: _____

_____
The Honorable Christina A. Snyder
United States District Judge

3

PROPOSED ORDER GRANTING
STIPULATION TO CONTINUE
RESPONSIVE PLEADING DEADLINE