JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN SANCHEZ,<br><br>        Plaintiff,<br><br>  v.<br><br>UNITED AIRLINES, INC., and ASSOCIATION OF FLIGHT ATTENDANTS-COMMUNICATIONS WORKERS OF AMERICA,<br><br>        Defendants. | Case No. 2:25-cv-00489-CAS-JPR<br><br>**ORDER GRANTING JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br>Judge: Christina A. Snyder<br><br>Complaint filed: January 17, 2025<br>First Amended<br>Complaint filed: February 7, 2025 |

By stipulation of the parties and good cause having been shown, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the Court hereby dismisses this action, and all claims asserted therein, WITH PREJUDICE, with each party to bear their own costs and attorneys' fees.

**IT IS SO ORDERED**.

Date: December 9, 2025

_____
Hon. Christina A. Snyder
United States District Court Judge

ORDER